**\*E-Filed 02/11/2011\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDRA SNOW and LISA BLUFORD, | No. C 10-03226 RS |
| Plaintiffs, | **ORDER DISMISSING ACTION** |
| v. | |
| BANK OF AMERICA, N.A., and DOES 1 through 100, Inclusive, | |
| Defendants. | |

Pro se plaintiffs Alexandra Snow and Lisa Bluford filed suit in San Mateo Superior Court against defendant Bank of America (BOA) on July 23, 2010. BOA removed the case to this Court and filed a motion to dismiss for failure to state a claim. A hearing on the motion was held on October 28, 2010. Plaintiffs did not file an opposition to the motion, nor did they appear at the hearing. On November 5, 2010, the Court granted BOA's motion to dismiss. Plaintiffs were instructed to file any amended complaint no later than December 3, 2010. As plaintiffs have failed to file an amended complaint, this action is dismissed for the reasons stated in the Court's prior Order and on the added grounds of failure to prosecute.

IT IS SO ORDERED.

Dated: 02/11/2011

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-03226 RS
ORDER DISMISSING ACTION